JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MANGO NY, INC., *et al.*, <br><br> Defendants. | Case No. CV 24-0408-DMG (SSCx) <br><br> **DEFAULT JUDGMENT AGAINST DEFENDANT ALMOST NOTHING, INC.** |

This Court having granted Plaintiff Star Fabrics, Inc.'s motion for default judgment against Defendant Almost Nothing, Inc. by Order dated October 17, 2024,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Plaintiff and against Defendant Almost Nothing, Inc. in the amount of: $24,000 in compensatory damages, $2,040 in attorneys' fees, and $405 in costs. Post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961.

Almost Nothing is hereby **PERMANENTLY RESTRAINED** and **ENJOINED** from distributing, displaying, creative derivative works of, offering for sale, or selling any products bearing designs that are strikingly or substantially similar to the Subject Designs,[1] and must immediately destroy any remaining infringing products in its possession, custody, or control.

DATED: October 17, 2024

_____
DOLLY M. GEE
Chief United States District Judge

---

[1] "Subject Designs" refers to Plaintiff's floral designs described and/or depicted in Paragraphs 10, 14, 16, and 20 of the First Amended Complaint. The Subject Designs are also identifiable by the United State Copyright Office Registration Numbers VAu 1-313-936 and VAu 1-310-631. [Doc. # 24.]